UNITED STATES of America, Plaintiff–Appellee,

v.

Clinton MITCHELL, III, Defendant–Appellant.

No. 09–7990.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 17, 2009.

Decided: Dec. 31, 2009.

Clinton Mitchell, III, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clinton Mitchell, III, appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Mitchell,* No. 7:97–cr–00057–BR–1, 2009 WL 3348284 (E.D.N.C. filed Oct. 14, 2009 & entered Oct. 15, 2009). We dispense

with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*